UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| XAVIER BROWN, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:24 CV 360 CDP ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

To assist the Court and the parties in the resolution of petitioner's claims, the Court will order a free copy of the trial transcript to be provided to petitioner.

**IT IS HEREBY ORDERED** that petitioner's motion for extension of time [14] is granted, and petitioner may file any reply in support of his § 2255 motion by **August 17, 2024.**

**IT IS FURTHER ORDERED** that petitioner's motion to compel [13] is denied as moot to the extent it seeks an order requiring counsel to provide the trial transcript and is otherwise denied in all other respects.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of July, 2024.