UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| XAVIER BROWN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:24 CV 360 CDP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM AND ORDER**

To assist the Court and the parties in the resolution of petitioner's claims, the Court will order a free copy of the sentencing transcript to be provided to petitioner.  The Court will also order the Clerk of Court to send petitioner free copies of the Sentencing Memorandum submitted on his behalf by counsel and the superseding redacted indictment.  Petitioner is not entitled to any other documents to be provided free of charge from the Court, nor is he entitled to any documents from his counsel for the reasons previously explained.  To allow petitioner sufficient opportunity to review these additional documents, the Court will provide petitioner with additional time to file his reply brief.  However, no further extensions of time will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for extension of time [17] is granted as follows: petitioner may file any reply in support of his § 2255 motion by **October 31, 2024.  No further extensions of time will be granted.**

**IT IS FURTHER ORDERED** that petitioner's motion to compel [18] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of August, 2024.